# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-50688
_____

Ashley Bohannan, *Individually, and As Next Friend of* L.D., *a Minor Child*,

        *Plaintiff—Appellant*,

*versus*

West Independent School District; David Truitt, *Superintendent, West ISD*; Dr. Richard Phillips, *Assistant Principal, West ISD*; Cari Detlefsen, *Principal, West ISD*; Kassie Fitzhugh; Jenny Tacker; Debbie Pavlicek;

        *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:20-CV-1079

_____

ORDER:

    On November 8, 2021, Appellant attempted to file her opening brief in this case, but the brief was insufficient in several respects. On November 9, 2021, the Clerk informed Appellant by letter that she must file a corrected brief addressing the deficiencies. Instead of doing so, Appellant has attempted to file several new versions of the brief that raise additional substantive issues not included in her November 8 brief. On December 7,

2021, the Clerk DENIED Appellant's motion to file one of those versions of her corrected brief.

Upon consideration of Appellant's motion for reconsideration, IT IS ORDERED that the motion is DENIED, except to the extent Appellant seeks to amend her November 8 brief to address the deficiencies identified in the Clerk's November 9, 2021 letter. Appellant may file a corrected opening brief addressing only those deficiencies.

／s/ Cory T. Wilson
CORY T. WILSON
*United States Circuit Judge*

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 16, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-50688   Bohannan v. West Independent Sch Dist
                       USDC No. 6:20-CV-1079

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Laney L. Lampard, Deputy Clerk
504-310-7652

Ms. Ashley Bohannan
Ms. Jeannette Clack
Mr. Todd Aaron Clark